10/31/23

Clerk,

My name is Robert D. Blaine I'm writing to request a copy of my document sheet case #5:22-CR-00028-BJB. thank you for your time and I hope you have a bless Day.

Respectful,
Robert D. Blaine
McCracken County Jail
PO Box 76550
Highland Heights Ky
41076

FILED
JAMES J. VILT, JR. - CLERK
NOV 06 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Robert D. Blaine
McCracken County Jail
PO Box 76550
Highland Heights, KY 41076



EVANSVILLE IN 476
2 NOV 2023 PM 1 L

**FILED**
JAMES J. VILT, JR. - CLERK

NOV 06 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah KY 42001

42001-685627