UNITED STATES DISTRICT COURT WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED
JAMES J. VILT, JR. - CLERK
JAN 05 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States of America
　　Plantiff

v.

Robert D. Blaine
　　Defendant

Case no: 5:22-CR-28-BJB

Motion to Dismiss For Lack of Territorial Jurisdiction

Comes Now, Robert Blaine, Pro Se, Pursuant to People v. Collins 298 Mich. App. 166, 826 N.W. 2d 175 (Mich App. 2017) and under the Authority of the Indian Gaming Regulatory Act, 25 U.S.C § 2701. The Defendant Robert Blaine respectfully petitions the court to dismiss the criminal charge of Conspiracy to Possess with Intent to Distribute Methamphemine and Fentanyl, given that the alleged offense occured in an Indian Casino in the State of Arizona, which is outside the State of Kentucky courts Territorial Jurisdiction, and that the State of Kentucky lacks the jurisdiction to adjudicate the criminal charges.

Respectfully Submitted,
Robert D. Blaine
Robert D. Blaine
1/2/24

pg. 1

## Certificate of Service

On, Robert D. Blaine, by United States Postal Service file with the Clerk of the Court that this a true motion.

Robert D. Blaine
Robert D. Blaine
1/2/24

pg. 2

Robert D. Blaine
400 S. Clarence Gaines St.
Paducah, KY 42003

**UNCENSORED JAIL MAIL
McCRACKEN COUNTY REGIONAL JAIL**

Atten: James J. Vilt Jr.
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001

42001-680199

EVANSVILLE IN 475
3 JAN 2024 PM 2 L

FOREVER / USA

**FILED**
JAMES J. VILT, JR. - CLERK
JAN 05 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Uncensored Jail Mail *