FILED

JAMES J. VILT, JR. - CLERK

JAN 05 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court

Western District of Kentucky

At Paducah

United States of America
    Plantiff
            )
            )
            )
v.          )          Case no. 5:22 CR-00028-GNS
            )
ROBERT D. BLAINE          )
    Defendant          )
            )

I, Robert D. Blaine, comes now before the courts requesting a pretrial release. According to § 3142 (b); Stack v. Boyle, 342 U.S. 1,4 (1951) (defendant charged with noncapital offense, shall be released on bail, if defendant gives adequate assurance that he will appear at trial and submit to sentence if convicted.)

My adequate assurance, is that I will be more than willing to comply with every condition of release imposed by the courts; no matter how strict. According to 18 U.S.C. § 3142 (c)(j)(4). Release is always subject to the condition that the defendant not commit a federal, state, or local crime while on bail. 18 U.S.C. § 3142 (b). In determining proper conditions of release; a judicial officer must consider the nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves narcotics, the weight of the

pg. 1

evidence against the defendant and the history and characteristics of the defendant.

18 U.S.C. § 3142 (g)(1)(3). The Ninth Circuit has held that the weight of the evidence is the least important factor; U.S.V. Hir. 517 F.3d 1081,1090 9th Cir. 2008)

(Weight of evidence is least important factor because bail statute neither requires nor permits pretrial determination of guilt).

Although, I have these charges pending. I am presumed innocent; until proven guilty

Also the weight of evidence is the least important factor, in a bail determination.

Again, I am willing to comply with any pretrial release condition[s] if the courts if granted.

I, RobertD.Blaine; respectfully submit this motion Requesting the courts to move in my favor

RobertD.Blaine,
Robert D. Blaine
1/2/24

Pg.2

Robert D. Blaine
400 S. Clarence Gaines St.
Paducah, KY 42003

EVANSVILLE IN 476
3 JAN 2024 PM 1 L



FOREVER / USA

UNCENSORED JAIL MAIL
McCRACKEN COUNTY
REGIONAL JAIL

Atten: James J. Vilt, Jr.
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
42001-680199

FILED
JAMES J. VILT, JR. - CLERK
JAN 05 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

* Legal Mail *