UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Criminal Action No. 5:22-cr-00028-BJB-LLK

**ROBERT BLAINE**                                                                                  **DEFENDANT**

v.

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

<u>**ORDER**</u>

This matter is before the Court on the motion of Blaine's fifth court-appointed counsel, Kevin L. Goff, to withdraw as attorney [Doc. 156] and Blaine's pro-se motion for pretrial release [Doc. 155].

On January 17, 2024, the undersigned Magistrate Judge conducted a hearing on the motions, beginning with Doc. 156. Mr. Goff represented Blaine, and Leigh Ann Dycus represented the United States.

The Court cleared the courtroom of all inessential court personnel, including Ms. Dycus, so as not to reveal to the public any information obtained through attorney-client privilege. At a bench conference involving only the Court and Mr. Goff, Mr. Goff explained to the undersigned that after filing Doc. 156 he discovered that he has an actual conflict of interest in Blaine's case, making withdrawal mandatory. The undersigned orally granted Doc. 156 from the bench and indicated that the Clerk would appoint Blaine his sixth counsel.

Regarding Doc. 156, a defendant must demonstrate good cause to warrant substitution of counsel. *United States v. Iles*, 906 F.2d 1122, 1130 (6th Cir. 1990). An actual conflict of interest constitutes good cause. Mr. Goff argued that there was good cause for withdrawal due to Blaine's refusal to "assist in his defense or meaningful[ly] communicate with the undersigned," thus making the "task of effectively representing virtually impossible." [Doc. 156]. Because Mr. Goff discovered the actual conflict only after filing Doc. 156, the undersigned did not address Mr. Goff's argument.

Blaine was advised that Judge Beaton would address the pending motions to suppress and dismiss. [Doc. 114, 154].

### Order

For the foregoing reasons, the motion of Blaine's fifth court-appointed counsel, Kevin L. Goff, to withdraw as attorney [Doc. 156] is hereby **GRANTED**.

The Clerk shall **APPOINT** Blaine his sixth counsel. The Court will enter a separate order appointing the new attorney in this case.

**IT IS HEREBY ORDERED** the Defendant is remanded to the custody of the United States Marshal pending further proceedings in this matter.

January 23, 2024

Lanny King, Magistrate Judge
United States District Court

C: AUSA Leigh Ann Dycus
   Kevin L. Goff, CJA Attorney
   United States Probation Office
   United States Marshal

P:0/11