United States District Court
Western District of Kentucky
at Paducah

United State of America         Case Number
                                NO. 5:22-cr-00028 BJB

V.

Robert Dewayne Blaine



## Motion for Fast and Speedy Trial

Come to the defendent Robert Dewayne Blaine pro-so. Comes Now before the courts with full Knowledge of my active counsel now requesting a Speedy Trial. According to the U.S. Contitutional Amendment Number 6(VI). In All Criminal Prosecutions, the Accused Shall enjoy the right to a Speedy and public trial.

Speedy Trial Act of 1974, 18 U.S.C.A., 3161. The Act provides Specific time limits for pretrial and trial procedures in the federal Courts, for example an indictment must be filed within thirty days of arrest, and trail must commence within day seventy days after indictment. Violations of the limitations are remedied by dismissal of charges.

The Speedy Trial Clause of the Six Amendment Applies

to the states through the Fourteenth Amendment.

Klopfer v. North Carolina, 386 U.S. 213, 87 S. Ct. 988, 18 L. Ed. 2d 1 (1967).
Most states have adopted legislation or courts rules similar to the Federal Speedy Trial Law see, for example;
Ill. S.H.A., 725 ILCS 5/103-5. State laws frequently provide that the right to a speedy trial is activated either on the date of the filing of an indictment, information, other formal accusatorial document, or "on the date the Accused is taken into custody"

In People V Hillsman, 769 N.E. 2d 1100 (Ill. App. 2002) the court cites an number of Illinois Appellate court decisions holding that an accused is entitled to discharged if his trial begins more than 120 day After he was placed in custody; and a defendent in such a position is entitled to discharged on the day of his scheduled trial)

"Federal and State warrants distinguished"
Fed. Rules of Cr. Proc. rule 41, 18 U.S.C.A.
U.S. V. Radlick (C.A. 1978) 581 F. 2d 225

In conclusion, I Mr. Robert Dewayne Blaine am now requesting the courts to respectfully exercise my Constitutional right to a speedy trial.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.
"I hereby respectfully submit this request"

Respectfully Submitted,

Robert Dewayne Blaine

Robert Dewayne Blaine x
Jan 29, 2024

504

Robert Dewayne Blaine
McCracken County Jail
400 Clarence Gaines St
Paducah, KY 42001



UNCENSORED JAIL MAIL
McCRACKEN COUNTY
REGIONAL JAIL

James J. Vilt Jr
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah KY 42001

FILED
JAMES J. VILT, JR. - CLERK
FEB 01 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

420018856 C006

EVANSVILLE IN 476

30 JAN 2024 PM 2 L

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT



FSC
MIX
Envelope
FSC® C137131