FILED
JAMES J. VILT, JR. - CLERK

JAN 2 3 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                No. 5:22-cr-28

**ROBERT BLAINE**

\*\*\*\*\*

## JURY INSTRUCTIONS – PENALTY PHASE

Members of the jury, you have found the Defendant guilty of the crimes alleged in the Fourth Superseding Indictment, and those findings remain in place. Now, there are additional questions you must consider.

All of my previous instructions explaining your duties continue to apply: the general rules that apply in every criminal case, rules you must use in evaluating testimonial evidence, rules you must use during deliberations in the jury verdict, and the possible verdicts you may return.

The Fourth Superseding Indictment alleges that the Defendant, before committing the offense of Conspiracy to Possess with the Intent to Distribute Controlled Substances, was previously convicted of drug felonies. The alleged prior drug convictions are as follows:

On or about June 13, 2008, Robert Blaine was convicted of trafficking in marijuana, greater than 5 pounds, under case number 07-CR-00146, in Fulton Circuit Court, Fulton County, Kentucky—a serious drug felony.

On or about January 6, 2009, Robert Blaine was convicted of first-degree trafficking in a controlled substance (cocaine), under case number 07-CR-00026, in Caldwell Circuit Court, Caldwell County, Kentucky—a serious drug felony.

On or about August 27, 2009, Robert Blaine was convicted of first-degree trafficking in a controlled substance (cocaine), under case number 07-CR-00620, in Christian Circuit Court, Christian County, Kentucky—a serious drug felony.

On or about October 14, 2014, Robert Blaine was convicted of three counts of manufacturing, distributing, or dispensing a controlled substance (cocaine), under case number WDKY 12-CR-00027, in the Western District of Kentucky, Paducah Division—each a serious drug felony.

You must decide three questions with respect to each prior conviction. The United States has the burden of convincing you, beyond a reasonable doubt, that the answer to each question is "Yes." If the United States fails in its burden on a question, you must answer that question "No."

The questions are set forth in four special verdict forms below.